[No. 2251-1. Division One. July 9, 1973.]

DONALD ROY WICKLIFFE, *Petitioner,* v. SIDNEY E. SMITH,
*Respondent.*

Application filed in the Court of Appeals April 19, 1973,

for a writ of habeas corpus. *Granted* by unpublished opinion pursuant to RCW 2.06.040.